UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE ESTATE OF PATRICIA A.
HAYES,

    Plaintiff,

v.                                               Case No: 8:23-cv-1220-CEH-AAS

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant.
_____

**ORDER**

    The Court has been advised by the Mediation Report (Doc. 11), filed by mediator Gregory P. Holder, Esquire, that the parties in the above-styled action have reached a full settlement of all claims in this matter. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on December 15, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any