## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE ESTATE OF PATRICIA A.
HAYES,

      Plaintiff,

v.                                                              Case No: 8:23-cv-1220-CEH-AAS

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

      Defendant.

_____

### **ORDER**

      This matter is before the Court upon review of the file. Pursuant to a Mediation Report indicating that the matter had been settled (Doc. 16), the Court entered an Order on December 15, 2023, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 17). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

      Accordingly, it is now **ORDERED**:

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2024.

Charlene Edwards Honeywell
United States District Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties